10784.    SEABOARD AIR-LINE RAILWAY CO. *v.* GREENE.
</div>

JENKINS, P. J. In conformity with the recent ruling of the Supreme Court (*Ash* v. *Peoples Bank of Oliver,* 149 *Ga.* 713, 101 S. E. 912), to the effect that writs of error do not lie from the city court of Springfield to the Court of Appeals, the writ in this case must be dismissed.

<div align="center">

*Writ of error dismissed. Stephens and Smith, JJ., concur.*

DECIDED APRIL 7, 1920.
</div>

Action for damages; from city court of Springfield — Judge Shearouse. June 24, 1919.

*Anderson, Cann, Cann & Walsh,* for plaintiff in error.

*Seabrook & Kennedy,* contra.